**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In the Interest of E.L.A. III and J.E.A, Children

Appellate case number:    01-18-00751-CV

Trial court case number:   2017-03501J

Trial court:               313th District Court of Harris County

Appellant, E.L.A., Jr., has filed an unopposed motion for an extension of time to file his brief. The motion is **granted**. **Appellant's brief is due to be filed with this Court no later than Monday, November 5, 2018.** *See* TEX. R. APP. P. 28.4(a), 38.6(d).

This appeal involves the termination of the parent-child relationship. This Court is required to bring the appeal to final disposition within 180 days of August 20, 2018, the date the notice of appeal was filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. (Vernon 2013). **Accordingly, no further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd _____
                   ☑ Acting individually    ☐ Acting for the Court

Date: October 25, 2018 _____